No. 87–1489.  TRENTON ET AL. *v.* SCOTT PAPER CO. ET AL. C. A. 3d Cir.  Certiorari denied.

No. 87–1523.  MORRIS *v.* COMPAGNIE MARITIME DES CHARGEURS REUNIS, S. A., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–1537.  CROWLEY *v.* NEW HAMPSHIRE PERSONNEL COMMISSION.  Sup. Ct. N. H.  Certiorari denied.

No. 87–1544.  DRESSER INDUSTRIES, INC. *v.* FAHY.  Sup. Ct. Mo.  Certiorari denied.

No. 87–1570.  WARD *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–1588.  KING ET AL. *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 87–6053.  SHEPARD *v.* MARSHALL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 87–6084.  SHAW *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 87–6105.  ELLIS *v.* WEST ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–6170.  CATALDO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 87–6198.  SMITH *v.* EADS.  C. A. 8th Cir.  Certiorari denied.

No. 87–6225.  HOCHMAN ET AL. *v.* RAFFERTY, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 87–6279.  LASTEED *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–6462.  SELTENRICH *v.* TITUS ET AL.  C. A. 9th Cir. Certiorari denied.

No. 87–6464.  LAWRENCE *v.* UNITED STATES ARMY TANK-AUTOMOTIVE COMMAND ET AL.  C. A. 6th Cir.  Certiorari denied.